```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x
  NICOLE BRAND,

                    Plaintiff,              MEMORANDUM & ORDER
                                             22-CV-2923(EK)(JMW)
            -against-

  WALMART, Inc.,

                    Defendant.
-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Wicks' Report and Recommendation (R&R) dated January 23, 2023. Judge Wicks recommends that I dismiss this case without prejudice for failure to file proof of timely service (and lack of good cause shown for that failure). Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Wicks' recommendation for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety. Thus, this case is dismissed without prejudice.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

                                           /s/ Eric Komitee
                                           ERIC KOMITEE
                                           United States District Judge

Dated:    February 8, 2023
           Brooklyn, New York